## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PRO CUSTOM SOLAR LLC d/b/a
MOMENTUM SOLAR,

    Plaintiff,

v.                                                                    Case No: 6:21-cv-1503-RBD-GJK

FREEDOM FOREVER, LLC;
BOUNDLESS ENERGY INC.;
ROBERTO MORFFI; MARCELO
BONANI; JONATHAN HAINES
SALMONS; KENNETH SIDALL;
ERIK BENGTSSON; ERICK
RODRIGUEZ; JOHN/JANE DOES 1-
10, and ABC CORPORATIONS 1-10

    Defendant.

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal (Doc. 39) The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 4, 2022.



ROY B. DALTON JR.
United States District Judge